UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JERRY EVON SPENCER,

    Petitioner,                                Case No.  2:11-CV-24

v.                                        HON. GORDON J. QUIST

JEFFREY WOODS,

    Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on Petitioner on June 24, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 24, 2011, is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** because it is barred by the one-year statute of limitations.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to Amend, Motion for Evidentiary Hearing, and Motion for Appointment of Counsel (docket nos. 11, 13, and 14) are **DISMISSED AS MOOT**.

This case is **concluded**.

Dated:  July 25, 2011                                          /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE